United States District Court
Southern District of Texas
**ENTERED**
September 23, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **MILAGROS ANDREINA GONAZLEZ-PEROZO,** | § | |
| *Petitioner*, | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-cv-07456** |
| **RANDY TATE, *et al.*,** | § | |
| *Respondents*. | § | |

## ORDER

Petitioner Milagros Andreina Gonzalez-Perozo has filed a Petition for Writ of Habeas Corpus (ECF No. 1) and Respondents Todd Blanche, Gabriel Martinez, and Markwayne Mullin have filed a Motion for Summary Judgment (ECF No. 5). The Court has set a hearing on these matters for Thursday, October 1, 2026, at 3:00 PM. Respondents are hereby **ORDERED** to ensure that Petitioner can participate in that hearing in person at the United States Courthouse, 515 Rusk St, Courtroom 3A, Houston, Texas. Respondents are further **ORDERED** to inform the Court if Petitioner requires a translator.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 23rd of September, 2026.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE