United States District Court
Southern District of Texas
**ENTERED**
September 24, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **MILAGROS ANDREINA GONZALEZ-PEROZO** | § | |
| | § | |
| ***Petitioner,*** | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-cv-07456** |
| | § | |
| **RANDY TATE, *et al.*** | § | |
| | § | |
| ***Respondents.*** | § | |

**ORDER**

The Court issued an Order on September 23, 2026 directing Respondents to produce Petitioner in-person for a hearing to take place on October 1, 2026. ECF No. 7. As the Court has cancelled this hearing, the Order is hereby **VACATED.**

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 24th day of September , 2026.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE